FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N.Y

★   JUL 1 3 2010   ★

**UNITES STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

X   LONG ISLAND OFFICE

_____

Steven Denicola individually and
on behalf of all others similarly
situated

                                    **Plaintiffs**

-against-

                                    **Defendants**

Apelles, L.L.C.

Docket No.  10-2309

_____

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

the attorneys of record for all parties (the Defendant having not appeared), that whereas

no party hereto is an infant, incompetent person for whom a committee has been

appointed or conservatee and no person not a party has an interest in the subject matter of

the action, the above-entitled action be, and the same hereby is discontinued with

prejudice and without costs to either party. This stipulation may be filed without further

notice with the clerk of the Court.

S/ JOSEPH MAURO
Joseph Mauro, Esq.
Attorney for Plaintiff

7-9-10
Date

SO ORDERED.

Dated: Central Islip, N.Y.

7/13    2010

Leonard D. Wexler
U.S. District Judge

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY
OF THIS ORDER ON ALL PARTIES UPON RECEIPT.